# UNITED STATES DISTRICT COURT
for the

| EASTERN | DISTRICT OF | CALIFORNIA |

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case No. 6:08M00027-01 |
|  | ) |
| Timothy James TREVILLIAN | ) |
| *Defendant* | ) |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

cc:    Law Enforcement Officer

IT IS SO ORDERED.

**Dated:**    June 17, 2009                       /s/ Gudrun J. Rice
                                         UNITED STATES MAGISTRATE JUDGE